**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 10-cv-00307-PAB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: May 25, 2010 | Courtroom Deputy: Linda Kahoe |

TIG GLOBAL, LLC,                              Scott P. Baker

       Plaintiff,

v.

PC SPECIALISTS, INC.,                         Steven C. Schroer

       Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** RULE 16(b) SCHEDULING CONFERENCE
**Court in session:**      1:02 p.m.
Court calls case. Appearances of counsel.

Counsel provide the court with an update on the status of the case.

Discussion regarding letters of January 13th and May 17th.

Discussion regarding the agreement and the opportunity to cure. The court states the January letter was deficient under the terms of the agreement.

Discussion regarding mediation.

Discussion regarding TIG Global, LLC's Unopposed Motion for Leave to File Amended Complaint, doc #[17], filed 5/20/2010.

**ORDERED:**      TIG Global, LLC's Unopposed Motion for Leave to File Amended Complaint, doc #[17], is **DENIED WITHOUT PREJUDICE** for failure to comply with this court's Local Rules.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Deadline for Amendment of pleadings/Joinder of parties:

Discovery Cut-off: **OCTOBER 4, 2010**

Dispositive Motions deadline: **OCTOBER 11, 2010**

Parties shall designate affirmative experts **on or before AUGUST 30, 2010**

Parties shall designate rebuttal experts **on or before SEPTEMBER 13, 2010**

Each party shall be limited to **10** depositions, absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than AUGUST 30, 2010**.

Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

The court states it will sign the Scheduling Order.

HEARING CONCLUDED.
**Court in recess:** 1:31 p.m.
Total time in court: 00:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.