IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-00307-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 21, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| TIG GLOBAL, LLC, | Scott P. Baker |
| | Ashley Pollock |
| Plaintiff, | |
| v. | |
| PC SPECIALITS, INC., | Steven C. Schroer |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in session: 1:30 p.m.**
Court calls case. Appearances of counsel.

Discussion and arguments regarding TIG Global, LLC's Motion for Leave to File First Amended Complaint, doc #[25], filed 8/27/2010.

**ORDERED:** TIG Global, LLC's Motion for Leave to File First Amended Complaint, doc #[25] is **GRANTED**. The First Amended Complaint (with Exhibits A-H) is treated as a **SUPPLEMENTAL PLEADING** under Rule 15(d), and is deemed filed as of today's date. The court incorporates, by reference, Defendant's current Motions to Dismiss, doc #[7] and doc #[22]. The Defendant is not required to re-file its Motions to Dismiss.

Defendant is allowed to file a Supplemental Brief in Opposition addressing the legal implications of the Supplemental Pleading on or before **OCTOBER 5, 2010.** Plaintiff is allowed to file a Reply on or before **OCTOBER 12, 2010.**

Discussion and arguments regarding Defendant's Motion to Amend Scheduling Order, doc #[30], filed 9/16/2010.

**ORDERED:** Defendant's Motion to Amend Scheduling Order, doc #[30], **DENIED**. All further discovery is **STAYED PENDING RULINGS ON THE MOTIONS TO DISMISS.**

Discussion regarding Mr. Gray's involvement in this case. The court states that Mr. Gray has

not entered an appearance in this case.  Mr. Schroer states that Mr. Gray is counsel of record in the California case.

The court states counsel should contact chambers if the parties feel a settlement conference will be productive.

HEARING CONCLUDED.

**Court in recess**: 2:43 p.m.
Total time in court: 01:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.