**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 10-cv-00307-WJM-CBS

TIG GLOBAL, LLC, a Delaware limited liability company,

     Plaintiff

v.

PC SPECIALISTS, INC., a California corporation,

     Defendant.

---

**ORDER GRANTING JOINT MOTION FOR ENTRY OF**
**STIPULATION AND ORDER OF DISMISSAL**

---

This matter is before the Court on the Parties' Joint Motion for Entry of Stipulation and Order of Dismissal (ECF No. 63), filed May 21, 2012. The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay its own attorney's fees and costs.

Dated this 21st day of May, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge